A CERTIFIED TRUE COPY

OCT 24 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2005 OCT 28  PM 2:40  OCT - 6 2005

DOCKET NO. 1657

LORETTA G. WHYTE  FILED
CLERK'S OFFICE
CLERK

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION   05-2660

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-26)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,668 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 24 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

NOV 15 2005

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

## SCHEDULE CTO-26 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*EDLA*
*Sec L/3*

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ~~ALM   2   05-880~~ | ~~Theatus Rawdon Beaty v. Merck & Co., Inc., et al.~~ Opposed 10/20/05 | |
| ALM   3   05-849 | Ruth Baldwin, etc. v. Merck & Co., Inc., et al. | 05-5322 |
| **ALABAMA SOUTHERN** | | |
| ALS   1   05-525 | Hazel C. Howell v. Merck & Co., Inc., et al. | 05-5323 |
| **CALIFORNIA CENTRAL** | | |
| CAC   2   05-6560 | Ron Clausen, et al. v. Merck & Co., Inc. | 05-5324 |
| **CALIFORNIA NORTHERN** | | |
| CAN   3   05-3656 | Kenneth Madfes, et al. v. Merck & Co., Inc. | 05-5325 |
| **FLORIDA SOUTHERN** | | |
| FLS   1   05-22503 | Ronald Strauss, et al. v. Merck & Co., Inc. | 05-5326 |
| **IDAHO** | | |
| ID   2   05-361 | Betty Carolyn Struckmeyer, et al. v. Merck & Co., Inc. | 05-5327 |
| **ILLINOIS CENTRAL** | | |
| ILC   2   05-2202 | Charles Cramer, et al. v. Merck & Co., Inc. | 05-5328 |
| **ILLINOIS NORTHERN** | | |
| ILN   1   05-5088 | Freddie S. Gilmer, Sr. v. Merck & Co., Inc. | 05-5329 |
| ILN   1   05-5136 | Wanda Hill, etc. v. Merck & Co., Inc. | 05-5330 |
| ILN   1   05-5198 | Delores M. Gough, et al. v. Merck & Co., Inc. | 05-5331 |
| ILN   3   05-50178 | Rosetta Bryant v. Merck & Co., Inc. | 05-5332 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS   4   05-4170~~ | ~~Gary Grizzell v. Merck & Co., Inc., et al.~~ Opposed 10/20/05 | |
| **INDIANA NORTHERN** | | |
| INN   3   05-567 | Barbara M. Lewallen, et al. v. Merck & Co., Inc. | 05-5333 |
| INN   3   05-568 | Billy J. Milan, et al. v. Merck & Co., Inc. | 05-5334 |
| INN   3   05-573 | Deborah Ann Snyder, et al. v. Merck & Co., Inc. | 05-5335 |
| **KENTUCKY EASTERN** | | |
| KYE   2   05-170 | Joan Ann Muth, et al. v. Merck & Co., Inc. | 05-5336 |
| KYE   2   05-172 | Edward Berkshire, et al. v. Merck & Co., Inc. | 05-5337 |
| KYE   2   05-173 | Linda K. Stuck, et al. v. Merck & Co., Inc. | 05-5338 |
| KYE   2   05-174 | Carole L. Warner v. Merck & Co., Inc. | 05-5339 |
| KYE   5   05-378 | Velma J. Miller, etc. v. Merck & Co., Inc. | 05-5340 |
| **KENTUCKY WESTERN** | | |
| KYW   4   05-133 | Roger D. Hayse, et al. v. Merck & Co., Inc. | 05-5341 |
| **LOUISIANA MIDDLE** | | |
| LAM   3   05-1059 | James B. Arnold, et al. v. Merck & Co., Inc. | 05-5342 |

SCHEDULE CTO-26 TAG-ALONG ACTIONS (MDL-1657)                                          PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **MINNESOTA** | | |
| MN   0  05-2116 | Darlene J. Shaver v. Merck & Co., Inc. | 05-5343 |
| MN   0  05-2117 | Carolyn L. Williams v. Merck & Co., Inc. | 05-5344 |
| **MISSOURI EASTERN** | | |
| MOE  4  05-1353 | Bertha Marie Mitchell v. Merck & Co., Inc. | 05-5345 |
| MOE  4  05-1354 | Julie Thompson v. Merck & Co., Inc. | 05-5346 |
| MOE  4  05-1373 | Thelma Reed, et al. v. Merck & Co., Inc. | 05-5347 |
| MOE  4  05-1378 | Mollie Knox v. Merck & Co., Inc. | 05-5348 |
| MOE  4  05-1379 | Janet Lemmon v. Merck & Co., Inc. | 05-5349 |
| MOE  4  05-1380 | Sharion Mitchell v. Merck & Co., Inc. | 05-5350 |
| ~~MOE  4  05-1463~~ | ~~Evelyn Light, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/24/05 | |
| ~~MOE  4  05-1465~~ | ~~Fulton Lacy, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/24/05 | |
| ~~MOE  4  05-1466~~ | ~~Roberta Sterling, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/24/05 | |
| MOE  4  05-1482 | John G. Gilmore v. Merck & Co., Inc., et al. | 05-5351 |
| **MISSOURI WESTERN** | | |
| MOW  2  05-4274 | Ruby Frances Smith, et al. v. Merck & Co., Inc. | 05-5352 |
| MOW  2  05-4283 | Glenda Meysami, et al. v. Merck & Co., Inc. | 05-5353 |
| MOW  4  05-763 | Betty White v. Merck & Co., Inc. | 05-5354 |
| MOW  4  05-787 | Robert H. Cotter, etc. v. Merck & Co., Inc. | 05-5355 |
| MOW  4  05-823 | Jackie Knott, et al. v. Merck & Co., Inc. | 05-5356 |
| MOW  4  05-824 | Hugh Graff, et al. v. Merck & Co., Inc. | 05-5357 |
| MOW  4  05-825 | Mary Withers, et al. v. Merck & Co., Inc. | 05-5358 |
| ~~MOW  4  05-831~~ | ~~Mary Plubell v. Merck & Co., Inc.~~ Vacated 10/21/05 | |
| MOW  4  05-841 | Donna Smith, et al. v. Merck & Co., Inc. | 05-5359 |
| MOW  4  05-842 | Ronald Yahne, et al. v. Merck & Co., Inc. | 05-5360 |
| MOW  4  05-843 | Beverly Paith v. Merck & Co., Inc. | 05-5361 |
| MOW  4  05-844 | Gerald Holcomb, et al. v. Merck & Co., Inc. | 05-5362 |
| MOW  4  05-845 | George Peters, et al. v. Merck & Co., Inc. | 05-5363 |
| MOW  5  05-6092 | Louisa Occhipinto v. Merck & Co., Inc. | 05-5364 |
| **MISSISSIPPI NORTHERN** | | |
| MSN  3  05-110 | James R. Cook, Jr., et al. v. Merck & Co., Inc. | 05-5365 |
| **MONTANA** | | |
| MT   9  05-146 | Gary Hoekman v. Merck & Co., Inc., et al. | 05-5366 |
| **NORTH CAROLINA EASTERN** | | |
| NCE  7  05-160 | Eugene Ulysses Taylor, Jr. v. Merck & Co., Inc. | 05-5367 |
| NCE  7  05-161 | Bobby Gene Brook v. Merck & Co., Inc. | 05-5368 |
| **NEW HAMPSHIRE** | | |
| NH   1  05-317 | Todd Rohr v. Merck & Co., Inc. | 05-5369 |
| **NEW YORK EASTERN** | | |
| NYE  1  05-4091 | Ruth Boyd, et al. v. Merck & Co., Inc. | 05-5370 |
| ~~NYE  1  05-4284~~ | ~~David Goldner, et al. v. Shelter Rock Orthopedic Group, P.C., et al.~~ Opposed 10/21/05 | |
| NYE  1  05-4303 | Jean Claude Nathan v. Merck & Co., Inc. | 05-5371 |
| NYE  1  05-4304 | Anthony Gralto v. Merck & Co., Inc. | 05-5372 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  05-7999 | Millie Pitchford v. Merck & Co., Inc. | 05-5373 |

SCHEDULE CTO-26 TAG-ALONG ACTIONS (MDL-1657)                                                PAGE 3 of 4

*EDLA*
*Sec L/3*

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **NEW YORK WESTERN** | | |
| ~~NYW 6 05-6475~~ | ~~Brian North v. Merck & Co., Inc., et al.~~ Opposed 10/21/05 | |
| **OHIO NORTHERN** | | |
| OHN 1 05-2136 | Charlotte Mahan v. Merck & Co., Inc. | 05-5374 |
| **OHIO SOUTHERN** | | |
| OHS 2 05-834 | Karen Smith, etc. v. Merck & Co., Inc. | 05-5375 |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 05-492 | Redina Darlene Sewell v. Merck & Co., Inc. | 05-5376 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 05-1056 | Betty Bridges v. Merck & Co., Inc. | 05-5377 |
| OKW 5 05-1057 | Joyce Zind v. Merck & Co., Inc. | 05-5378 |
| OKW 5 05-1059 | Phyllis Miller v. Merck & Co., Inc. | 05-5379 |
| OKW 5 05-1079 | George Seminoff, et al. v. Merck & Co., Inc. | 05-5380 |
| OKW 5 05-1080 | Jackie Harper, etc. v. Merck & Co., Inc. | 05-5381 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-3785 | James Schneller, etc. v. Merck & Co., Inc. | 05-5382 |
| PAE 2 05-4577 | Dr. Donald Dworken v. Merck & Co., Inc., et al. | 05-5383 |
| PAE 2 05-4578 | Norman B. LaChance, et al. v. Merck & Co., Inc., et al. | 05-5384 |
| PAE 2 05-4713 | Pauline M. Dixon v. Merck & Co., Inc. | 05-5385 |
| PAE 2 05-4740 | Sharon Kravet, etc. v. Merck & Co., Inc., et al. | 05-5386 |
| PAE 2 05-4825 | Kirkwood Dormeyer v. Merck & Co., Inc., et al. | 05-5387 |
| PAE 2 05-4840 | Karen Olson, et al. v. Merck & Co., Inc., et al. | 05-5388 |
| PAE 2 05-4917 | Althea L. Newman, et al. v. Merck & Co., et al. | 05-5389 |
| PAE 2 05-4924 | Thomas N. Pafford, et al. v. Merck & Co., Inc., et al. | 05-5390 |
| **SOUTH DAKOTA** | | |
| SD 1 05-1038 | Blanche Lewandowski v. Merck & Co., Inc. | 05-5391 |
| SD 1 05-1039 | Chuck Davis, Sr. v. Merck & Co., Inc. | 05-5392 |
| **TENNESSEE EASTERN** | | |
| TNE 1 05-231 | Kennenth Gregory v. Merck & Co., Inc. | 05-5393 |
| TNE 1 05-232 | Frieda Thompson v. Merck & Co., Inc. | 05-5394 |
| TNE 1 05-233 | Dorothy P. Price, et al. v. Merck & Co., Inc. | 05-5395 |
| TNE 1 05-252 | James R. Clayton v. Merck & Co., Inc. | 05-5396 |
| TNE 1 05-253 | James D. Williams v. Merck & Co., Inc. | 05-5397 |
| TNE 2 05-222 | Charlotte R. Young v. Merck & Co., Inc. | 05-5398 |
| TNE 2 05-223 | Michael B. Kelly, et al. v. Merck & Co., Inc. | 05-5399 |
| TNE 2 05-232 | James F. Harper, et al. v. Merck & Co., Inc. | 05-5400 |
| TNE 3 05-430 | Betty S. Hendrickson v. Merck & Co., Inc. | 05-5401 |
| TNE 4 05-63 | James Myers v. Merck & Co., Inc. | 05-5402 |
| TNE 4 05-64 | Thomas Marshall, et al. v. Merck & Co., Inc. | 05-5403 |
| **TENNESSEE MIDDLE** | | |
| TNM 1 05-62 | Mariane Marks, etc. v. Merck & Co., Inc. | 05-5404 |
| TNM 3 05-663 | Beverly Carole Maxwell, et al. v Merck & Co., Inc. | 05-5405 |
| TNM 3 05-689 | Robert Fontaine Booher, et al. v. Merck & Co., Inc. | 05-5406 |

SCHEDULE CTO-26 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 4 of 4

*EDLA*
*SEC L/3*

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **TENNESSEE WESTERN** | | |
| TNW 1 05-1240 | Barbara Jean Snider, et al. v. Merck & Co., Inc., et al. | 05-5407 |
| TNW 1 05-1241 | James H. Wilbanks, et al. v. Merck & Co., Inc., et al. | 05-5408 |
| TNW 1 05-1242 | Linda Jones, etc. v. Merck & Co., Inc. | 05-5409 |
| TNW 1 05-1243 | Carolyn Butler, etc. v. Merck & Co., Inc., et al. | 05-5410 |
| TNW 1 05-1251 | Brenda J. Smith, etc. v. Merck & Co., Inc. | 05-5411 |
| TNW 1 05-1252 | Sally T. Hatch, et al. v. Merck & Co., Inc., et al. | 05-5412 |
| TNW 1 05-1254 | Mary L. Woods v. Merck & Co., Inc. | 05-5413 |
| TNW 1 05-1255 | Matha Paslay v. Merck & Co., Inc. | 05-5414 |
| TNW 2 05-2618 | Robert Henry Russell, et al. v. Merck & Co., Inc. | 05-5415 |
| TNW 2 05-2658 | Ola Mae Parker v. Merck & Co., Inc. | 05-5416 |
| TNW 2 05-2659 | George Jividen v. Merck & Co., Inc. | 05-5417 |
| TNW 2 05-2660 | Virgie E. Spraggins v. Merck & Co., Inc. | 05-5418 |
| **TEXAS EASTERN** | | |
| TXE 1 05-611 | Nadia Jovancicevic, et al. v. Merck & Co., Inc. | 05-5419 |
| TXE 1 05-640 | Jaqueline M. Pugh v. Merck & Co., Inc. | 05-5420 |
| TXE 2 05-429 | Marcia King, etc. v. Merck & Co., Inc. | 05-5421 |
| **TEXAS NORTHERN** | | |
| TXN 2 05-204 | Dora Mae O'Hair Brown, et al. v. Merck & Co., Inc. | 05-5422 |
| TXN 3 05-1827 | Margaret Morris v. Merck & Co., Inc. | 05-5423 |
| TXN 4 05-543 | John Dahl v. Merck & Co., Inc. | 05-5424 |
| **TEXAS SOUTHERN** | | |
| ~~TXS 2 05-445~~ | ~~Antonio Salazar, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/21/05 | |
| TXS 2 05-450 | Ignacio Valdez v. Merck & Co., Inc. | 05-5425 |
| TXS 2 05-466 | Estella Torres v. Merck & Co., Inc. | 05-5426 |
| TXS 2 05-467 | Norma L. Balderas v. Merck & Co., Inc. | 05-5427 |
| TXS 2 05-468 | Mary Alice Terrell v. Merck & Co., Inc. | 05-5428 |
| **TEXAS WESTERN** | | |
| TXW 1 05-688 | Mary E. Brewer, et al. v. Merck & Co., Inc. | 05-5429 |
| TXW 1 05-689 | Min Han, et al. v. Merck & Co., Inc. | 05-5430 |
| TXW 1 05-690 | Joseph Murray, etc. v. Merck & Co., Inc. | 05-5431 |
| TXW 1 05-691 | Clyde Crooks, Jr., et al. v. Merck & Co., Inc. | 05-5432 |
| TXW 1 05-744 | Oscar Williams, et al. v. Merck & Co., Inc. | 05-5433 |
| TXW 1 05-745 | Jane M. Thompson v. Merck & Co., Inc. | 05-5434 |
| **UTAH** | | |
| UT 2 05-724 | Torgunn Rawle, et al. v. Merck & Co., Inc. | 05-5435 |
| UT 2 05-731 | Merrill Adair, et al. v. Merck & Co., Inc. | 05-5436 |
| UT 2 05-762 | Bjorn Ablad, et al. v. Merck & Co., Inc. | 05-5437 |
| **WISCONSIN WESTERN** | | |
| WIW 3 05-438 | James Petrasek v. Merck & Co., Inc. | 05-5438 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 2 05-748 | Paula J. Goforth, etc. v. Merck & Co., Inc. | 05-5439 |

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02660 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Kathryn E. Barnett
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP- Nashville
One Nashville Place
150 4th Ave., N.
Ste. 1650
Nashville, TN 37219--242

Mark P. Chalos
LIEFF CABRASHER HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Ave., North
Ste. 1550
Nashville, TN 37219--242

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT